UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CELESTA WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:25-cv-00564** |
| | ) | |
| **MAGNOLIA BANK, INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons stated in the contemporaneously entered Memorandum Opinion, the Court rules as follows:

1. The R&R (Doc. No. 99) is **APPROVED AND ADOPTED IN PART** and **REJECTED IN PART**.

2. Village Capital & Investment LLC's motion to dismiss (Doc. No. 86) is **GRANTED**.

3. Magnolia Bank, Inc. and Dimitriy Bleynis's joint motion to dismiss (Doc. No. 91) is **GRANTED**.

4. MidFirst Bank and Midland Mortgage Company's joint motion to dismiss (Doc. No. 95) is **GRANTED**.

5. This case is **DISMISSED WITH PRJUDICE**. This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE